**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
DENNIS SUMLIN, on behalf of himself and all        :          Case no. 1:24-cv-9093-PAE-RWL
others similarly situated,                         :
                                                   :
                                                   :
                   Plaintiff,                      :
                                                   :          JUDGMENT
                   v.                              :
                                                   :
Marcus Samuelsson Group, LLC,                      :
                                                   :
                   Defendant.                      :
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

This action having been commenced on November 27, 2024, by the filing of a Complaint and Summons, and a copy of the Complaint and Summons having been properly served on Defendant on December 5, 2024, and proof of service having been filed on December 6, 2024, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED, AND DECREED:**

A.  Defendant violated Plaintiff's rights under 1) Title III of the Americans with Disabilities Act, 42 U.S.C. 12181, et seq., ("ADA"), 2) New York State Human Rights Law pursuant to N.Y. Exec. Law Article 15 ("NYSHRL"), 3) New York State Civil Rights Law, NY CLS Civ R, Article 4 (CLS Civ R §40 et seq.) (the "NYCRL"), and 4) New York Human Rights Law, N.Y.C. Administrative Code §8-102, et seq.

B.  Defendant is to bring its website, www.Redroosterharlem.com, into compliance and make the same readily accessible to, and usable by, visually-impaired individuals, on or before March 2, 2026.

7

C. Defendant is enjoined from making its website, www.Redroosterharlem.com, available to the public until the Defendant brings the Website into compliance and make the same readily accessible to, and usable by, blind and visually impaired individuals;

D. Defendant is enjoined from circumventing this Judgment by creating new URLs to host its online business;

E. Defendant is to pay Plaintiff $1,000.00 in compensatory damages, as permitted by law representing $1,000 in compensatory damages under the NYSHRL and NYCHRL ~~and $500 in statutory damages under the NYSCRL; issuing an injunction pursuant to the ADA, ordering Defendant Parched Hospitality Group, Inc. to provide access to the website in Compliance with the ADA and the WCAG 2.1; and requiring Defendant to submit to Plaintiff's Counsel within sixty (60) days~~.

F. Defendant is to pay Plaintiff's reasonable attorney's fees pursuant to 42 U.S.C. § 12205. This amount is to be laid out in subsequent motion.

Dated: New York, New York

January 2, 2026

_Paul A. Engelmayer_

PAUL A. ENGELMAYER

UNITED STATES DISTRICT JUDGE

8